# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BILLY RAY TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:06-cv-00349-LSC-JEO |
| ) | |
| WARDEN WILLIE THOMAS and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 11) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be denied and dismissed with prejudice.  An appropriate order will be entered.

Done this <u>17th</u> day of <u>August 2007</u>.

                                                  _____
                                                      L. SCOTT COOGLER
                                         UNITED STATES DISTRICT JUDGE
                                                              124153